AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| TCSRZS HOLDINGS LLC, a California limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>FOUNDATION STONE, LLC a Texas limited liability company; and MARSHA STONE, a Texas resident,<br><br>*Defendant(s)* | Civil Action No. 2:25-cv4367 SB (JPRx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FOUNDATION STONE, LLC, a Texas limited liability company
1911 Plantation Cove, Round Rock, Texas 78681

MARSHA STONE, a Texas resident,
1911 Plantation Cove, Round Rock, Texas 78681

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  BROWN WEGNER LLP
William J. Brown, Jr. (SBN 192950)
   bill@brownwegner.com
Kyle J. Berry (SBN 355393)
   kberry@brownwegner.com
2010 Main Street, Suite 1260, Irvine, California 92614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brian D. Karth
*CLERK OF COURT*

Date: 05/16/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-4367

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: